# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:12cr01

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WILLIAM HUGHIE JONES. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss. [Doc. 5].

The Government seeks the dismissal with prejudice of the Bill of Information filed in this matter due to the Defendant's death. For the reasons stated, the motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 5] is hereby **GRANTED** and this matter is hereby **DISMISSED** with prejudice.

Signed: January 24, 2012

Martin Reidinger
United States District Judge